# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132173

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DIONNE DAVON JORDAN,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC:  132173
COA:  259436
Oakland CC: 2004-195148-FH

On order of the Court, the application for leave to appeal the May 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s0122

I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk